IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRIS SILAGI,<br><br>    Plaintiff,<br><br>  v.<br><br>BOARD OF PAROLE HEARINGS,<br><br>    Defendant. | No. C 15-03552 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

On August 3, 2015, Plaintiff filed a letter that was construed as an action pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff a notice that he had not filed an In Forma Pauperis ("IFP") application or a proper complaint, and they needed to be filed within twenty-eight days or else the case would be dismissed. (Docket Nos. 2 & 3.) The deadline has passed and Plaintiff has not filed the required documents. Accordingly, Plaintiff's case is DISMISSED.

The Clerk shall terminate any pending motions and close the file.

**IT IS SO ORDERED.**

DATED: SEP 21, 2015

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
03552Silagi_dism-ifp&comp.wpd

1